UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HELSON GONZALEZ,

                Plaintiff,

v.                                                  Case No. 22-cv-689-pp

DR. EDWARD COONEY,
JANE DOE, sued as doctor supervisor,
NURSE MS. PANG
and NURSE DOE,

                Defendants.

## ORDER DISMISSING CASE FOR LACK OF DILIGENCE

On June 14, 2022, plaintiff Helson Gonzalez, who previously was confined at the Milwaukee County House of Correction, filed a civil rights complaint, dkt. no. 1, along with a motion for leave to proceed without prepayment of the filing fee, dkt. no. 2. On June 23, 2022, the court issued an order waiving the initial partial filing fee. Dkt. No. 5. Court staff mailed the order to the plaintiff at the Milwaukee County House of Correction, where he was confined when he filed the complaint. The court's order was returned "Not at This Address," dkt. no. 6, and on July 20, 2022, the court received from the House of Correction another copy of the order with a Post-It note attached that read, "Released from HOC 6/25/22; Acct. balance $-28.00", dkt. no. 7. Court staff has been unable to locate an updated address for the plaintiff. According to the Wisconsin Department of Corrections inmate locator website, the plaintiff is not in DOC custody. Based on the plaintiff's failure to update his

1

address and the court's inability to locate him, the court will dismiss this case without prejudice. See Civil Local Rule 41(c) (E.D. Wis.).

The law requires any incarcerated person who files a civil lawsuit to pay the statutory filing fee. 28 U.S.C. §1915(b)(1). The plaintiff remains obligated to pay the $350 statutory filing fee.

The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** for lack of diligence.

The court **ORDERS** that the plaintiff must pay the $350 filing to the Clerk of Court for the Eastern District of Wisconsin.

Dated in Milwaukee, Wisconsin this 9th day of August, 2022.

                              **BY THE COURT:**

                              _____
                              **HON. PAMELA PEPPER**
                              **Chief United States District Judge**